UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SIDNEY LAWRENCE ST. HILL,

                Petitioner,

   -against-

THOMAS DECKER, Field Officer Director
BUREAU OF IMMIGRATION AND
CUSTOMS ENFORCEMENT,

                Respondents.
---------------------------------------------------------------X

JUDGMENT
05-CV-1978 (JBW)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ AUG 0 2 2005 ★

BROOKLYN OFFICE

      An Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on July 28, 2005, dismissing the petition for a writ of habeas corpus as moot; it is

      ORDERED and ADJUDGED that petitioner take nothing of the respondents; and that judgment is hereby entered dismissing the petition for a writ of habeas corpus as moot.

Dated: Brooklyn, New York
       July 28, 2005

                                                                     ROBERT C. HEINEMANN
                                                                     Clerk of Court